BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03-cr-535-JAM |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE BAIL** |
| DARRYL SCOTT POLL, | |
| Defendant. | |

Good cause having been shown, all bail is exonerated as to defendant Poll, including but not limited to the $25,000 appearance bond and deed of trust posted as security in connection therewith.

IT IS SO ORDERED.

Date: October 3, 2012     /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge